**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALBERT HERNANDEZ
ADC #65214                                                                                              PLAINTIFF

V.                                            2:05CV00137 JLH/JTR

DR. LY, et al.                                                                                        DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, because Plaintiff has failed to fully and properly exhaust his administrative remedies. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 26th day of May, 2006.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE